IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 4:99-CR-0280 |
| | : | |
| v. | : | (BRANN, J.) |
| | : | |
| JOHN C. KENNEY, | : | |
| Defendant. | : | |

## GOVERNMENT'S SURREBUTTAL RESPONSE TO MOTION FOR WRIT OF *AUDITA QUERELA*

I. INTRODUCTION

John C. Kenney has filed a "Motion for Writ of *Audita Querela*," hereinafter referred to as "Kenney's Motion." On December 2, 2016, this Honorable Court issued an order directing the Government to file a response to Kenney's Motion on or before January 6, 2016. (Docket No. 180). The Government filed its Motion to Stay and accompanying brief in opposition to Kenney's Motion on December 30, 2016. (Docket No. 181). On January 4, 2017, the Court issued an order expanding Melinda Ghilardi, Esquire's representation to include advocacy for

Kenney's writ of *audita querela*. (Docket 184). The order allowed Kenney to file a response brief to the previously filed Government's brief in opposition no later than January 27, 2017, and if it so chooses, a surrebuttal brief by the Government by February 10, 2017. *Id.* On January 17, 2017, Kenney filed a response brief. The Government files the instant response brief in accord to the Court's order.

## II. ARGUMENT

Since the date of Government's brief in opposition the Third Circuit issued a precedential opinion in *Gardner v. Lewisburg USP Warden*, __ F.3d __ (3d Cir. 2017) (2017 WL 33552) which may inform this Court's resolution of Kenney's Motion.

*Gardner* dealt with a federal prisoner, convicted of, among other crimes, racketeering and conspiracy to distribute a controlled substance. *Gardner*, __ F.3d __, 2017 WL 33552, at *2. The defendant received concurrent life sentences on these counts. *Id. Gardner* claimed illegal sentences under the disputed counts, because not all the facts necessary to increase the mandatory minimum were submitted to the jury as elements of the crime, as required by the Supreme Court case of *Alleyne*, 133 S. Ct. at 2155. *Id.* at *3.

2

In effect, the defendant in *Gardner* is in the same position as Kenney. Both are serving sentences which intervening Supreme Court cases have called into question. If sentenced today, Kenney's status as a career offender would likely not stand. The defendant in *Gardner* would not receive a mandatory minimum life sentence in the absence of jury findings. *Id.* Furthermore, both are unable to meet the stringent requirement to bring § 2255 motions. *Id.*

In finding the District Court lacked jurisdiction to consider *Gardner's* § 2241 motion, the court noted:

> "[w]e emphasized in *Okereke* that *Dorsainvil's* interpretation of § 2255 provides only a "narrow exception" to its "presumptive" exclusivity. *Okereke*, 307 F.3d at 120. We also noted that unlike the change in substantive law leading to the exception in *Dorsainvil*, issues that might arise regarding sentencing did not make § 2255 inadequate or ineffective. *Id.* at 120-21. The prisoner's inability to satisfy § 2255's gatekeeping requirements in *Okereke* did not alter our analysis that the district court lacked jurisdiction to consider a § 2241 petition. *Id.*"

3

*Id.* at *3.

Kenney's situation is not so unusual as to warrant § 2241 type relief, whether filed under that section or as a writ of *audita querela*.

Conclusion

For the foregoing reasons, the government requests the Court dismiss Kenney's Motion for lack of jurisdiction.

BRUCE D. BRANDLER
United States Attorney


/s/ Todd K. Hinkley
TODD K. HINKLEY
Assistant U.S. Attorney
PA 68881
P.O. Box 309
Scranton, PA 18501
(570) 348-2800
(570) 348-2830
todd.hinkley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 4:99-CR-0280 |
| v. | : | (BRANN, J.) |
| | : | |
| JOHN C. KENNEY, | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of January, 2017, I caused the foregoing **GOVERNMENT'S SURREBUTTAL RESPONSE TO MOTION FOR WRIT OF *AUDITA QUERELA*** to be filed and that Melinda C. Ghilardi, First Assistant Federal Public Defender is a filing user under the ECF system. Upon the electronic filing of a pleading or other document, the ECF system will automatically generate and send a Notice of Electronic Filing to all filing users associated with this case. Electronic service by the Court of the Notice of Electronic Filing constitutes service of the filed document and no additional service upon the filing user is required.

/s/ Gwyneth P. Williams
Gwyneth P. Williams
Legal Assistant