IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 4:99-cr-0280 |
| | : | |
| | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| JOHN C. KENNEY, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

FEBRUARY 15, 2017

In accordance with the memorandum opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. John C. Kenney's Motion for Writ of Audita Querela is GRANTED. ECF No. 169.

2. **Re-sentencing is scheduled for March 29, 2017 at 10:30 a.m.** in Courtroom # 1, United States Courthouse and Federal Building, Williamsport, Pennsylvania.

3. The clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to the United States Probation Office for the Middle District of Pennsylvania, Williamsport Division, for preparation of a modified pre-sentence report in accordance with this Order and the

accompanying Memorandum Opinion.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge